**Tonnie BROWN, III, Appellant,**

v.

**George WILSON, Vice President, CMS; Max J. Mobley, Deputy Director, ADC; Charlotte Green, Infirmary Manager, Maximum Security Unit, ADC; Nnamdi Ifediora, Dr., Maximum Security Unit, ADC; Takeisha Newton, Infirmary Records Supervisor, Maximum Security Unit, ADC; Richard Carpenter, Dr., Maximum Security Unit, ADC; Debra Harris, R.N., Maximum Security Unit, ADC; Juanita Stell, L.P.N., Maximum Security Unit, ADC; Anderson, Nurse, Maximum Security Unit, ADC; Joyner, R.N., Maximum Security Unit, ADC; Marian Horn, L.P.N., Maximum Security Unit, ADC; Cass Cherry, Infirmary Manager, North Central Unit, ADC;**

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Bentley, Dr., North Central Unit, ADC; Jodie Lafevers, A.P.N/L.P.N., North Central Unit, ADC; Minnie Turner, Nurse, North Central Unit, ADC; Alice Rickevious, Nurse, North Central Unit, ADC; Kimberly Emery, R.D.A., North Central Unit, ADC; Thomas Bailey, Dentist, North Central Unit, ADC; Dream Young, Infirmary Manager, Ouachita River Correctional Unit; Alexandria Warner, L.P.N., Ouachita River Correctional Unit, ADC; Lamont Parson, Dentist, Ouachita River Correctional Unit, ADC; H. Burnett, Dr.; Davis, Captain; Corley, Sgt., Maximum Security Unit, ADC; Riley, Correctional Officer, Maximum Security Unit, ADC; Spears, Sgt., ADC; Mussgrove, Sgt., ADC; David White, Warden, Maximum Security Unit, ADC; Linda Erwin, A.R.O. Grievance Officer, Maximum Security Unit, ADC; Cynthia Givens, A.R.O., Grievance Officer, Maximum Security Unit, ADC; F. Raspberry; Brian Cockrel; Reed, Warden, Ouachita River Correctional Unit, ADC; Hipple, Warden Ouachita River Correctional Unit, ADC; J.B. Campbell, Major, Ouachita River Correctional Unit, ADC; Gary Burton, Captain, Ouachita River Correctional Unit, ADC: Warner, Unit Supervisor, Ouachita River Correctional Unit, ADC, Appellees.

No. 07–2552.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2008.

Filed: July 10, 2008.

Tonnie Brown, III, Tucker, AR, pro se.

Kimberly Ann Witherspoon, Humphries & Lewis, White Hall, AR, Christine Ann Boozer, Acting Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Tonnie Brown, III, appeals the district court's [1] adverse grant of summary judgment in favor of defendants George Wilson, Max J. Mobley, Charlotte Green, Nnamdi Ifediora, and Jodie Lafevers. Having carefully reviewed the record and considered Brown's arguments, we conclude that the grant of summary judgment was proper and that an extended opinion is not warranted. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir.2008) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

Also pending is a motion to dismiss appellees James Hipple and Mark Warner, who were dismissed prior to the grant of summary judgment, for lack of exhaustion of administrative remedies, in an order that was not designated in the notice of appeal. The remaining appellees were all voluntarily dismissed or were dismissed prior to the grant of summary judgment in orders that were similarly not designated in the notice of appeal and that are not at issue in this appeal. *See* Fed. R.App. P. 3(c)(1)(B); *Berdella v. Delo*, 972 F.2d 204,

---

1. The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

207–08 (8th Cir.1992). Accordingly, we grant the pending motion, and we sua sponte dismiss the other remaining defendants/appellees from this appeal.